UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>                Plaintiff,<br><br>   v.<br><br>BORQUEZ, et al.,<br><br>               Defendants. | **1:23-cv-00046-GSA-PC**<br><br>**ORDER DIRECTING THE CLERK TO RANDOMLY REASSIGN THIS CASE TO A MAGISTRATE JUDGE OTHER THAN JUDGE GARY S. AUSTIN** |

This case was filed on January 11, 2023, by plaintiff Devonte Harris, a state prisoner proceeding *pro se*. At case opening, this case was assigned to Magistrate Judge Gary S. Austin, who does not currently handle this type of case. By this order, the Clerk shall be directed to randomly reassign this case to a Magistrate Judge other than Judge Gary S. Austin.

Accordingly, the Clerk is **HEREBY DIRECTED** to randomly reassign this case to a Magistrate Judge other than Judge Gary S. Austin.

IT IS SO ORDERED.

   Dated:   **January 12, 2023**             **/s/ Gary S. Austin**
                                                                         UNITED STATES MAGISTRATE JUDGE