1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                            EASTERN DISTRICT OF CALIFORNIA

10

11   DEVONTE B. HARRIS,                        |   Case No.  1:23-cv-00046-ADA-BAM (PC)

12                    Plaintiff,               |   ORDER TO SHOW CAUSE WHY
                                               |   DEFENDANTS BORQUEZ AND QUEREDO
13        v.                                   |   SHOULD NOT BE DISMISSED FROM THIS
                                               |   ACTION FOR FAILURE TO PROVIDE
14   BORQUEZ, *et al.*,                        |   SUFFICIENT INFORMATION TO
                                               |   EFFECTUATE SERVICE
15                    Defendants.              |
                                               |   (ECF No. 14)
16
                                               |   **THIRTY (30) DAY DEADLINE**
17

18          Plaintiff Devonte B. Harris ("Plaintiff") is a state prisoner proceeding *pro se* in this civil

19   rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendants Borquez and

20   Queredo for deliberate fabrication of evidence in violation of the Fourteenth Amendment.

21          On March 28, 2023, the Court issued an order directing service on Defendants under the

22   Court's E-Service pilot program for civil rights cases for the Eastern District of California.  (ECF

23   No. 14.)  The order included the following information regarding Defendant Borquez: "S. M.

24   Borquez, Certified Nurse Assistant; California State Prison – Corcoran, Facility 4A1L, Cell 8; on

25   or about April 7, 2018, approximately 7:30 a.m." and the following information regarding

26   Defendant Queredo: "P. Queredo, Certified Nurse Assistant; California State Prison – Corcoran,

27   Facility 4A1L, Cell 8; on or about April 7, 2018, approximately 7:30 a.m."  (*Id.* at 2.)  On May

28   30, 2023, the Court received information that Defendants Borquez and Queredo could not be

                                                   1

1    identified.

2         Federal Rule of Civil Procedure 4(m) provides as follows:

3
4         If a defendant is not served within 120 days after the complaint is filed, the
          court—on motion or on its own after notice to the plaintiff—must dismiss the
5         action without prejudice against that defendant or order that service be made
          within a specified time.  But if the plaintiff shows good cause for the failure, the
6         court must extend the time for service for an appropriate period.

7    Fed. R. Civ. P. 4(m).

8         In cases involving a plaintiff proceeding *in forma pauperis*, the Marshal, upon order of the

9    court, shall serve the summons and the complaint.  Fed. R. Civ. P. 4(c)(3).  "[A]n incarcerated pro

10   se plaintiff proceeding in forma pauperis is entitled to rely on the U.S. Marshal for service of the

11   summons and complaint, and . . . should not be penalized by having his or her action dismissed

12   for failure to effect service where the U.S. Marshal or the court clerk has failed to perform the

13   duties required of each of them . . . ."  *Puett v. Blandford*, 912 F.2d 270, 275 (9th Cir. 1990).  "So

14   long as the prisoner has furnished the information necessary to identify the defendant, the

15   marshal's failure to effect service is 'automatically good cause . . . .'"  *Walker v. Sumner*, 14 F.3d

16   1415, 1422 (9th Cir. 1994), abrogated on other grounds by *Sandin v. Connor*, 515 U.S. 472, 115

17   (1995).  However, where a *pro se* plaintiff fails to provide the Marshal with accurate and

18   sufficient information to effect service of the summons and complaint, the Court's *sua sponte*

19   dismissal of the unserved defendant is appropriate.  *Walker*, 14 F.3d at 1421–22.

20        Here, the U.S. Marshal attempted to electronically serve Defendants Borquez and

21   Queredo with the information that Plaintiff provided.  However, the Marshal was informed that

22   there was not enough information to identify Defendants Borquez and Queredo for service of

23   process.  If Plaintiff is unable to provide the Marshal with the necessary information to identify

24   and locate these defendants, Defendants Borquez and Queredo shall be dismissed from this

25   action, without prejudice.

26        Pursuant to Rule 4(m), the Court will provide Plaintiff with the opportunity to show cause

27   why Defendants Borquez and Queredo should not be dismissed from the action at this time.

28   Plaintiff may respond to this order by providing additional information that will assist the

                                          2

1    Marshal in identifying Defendants Borquez and Queredo for service of process.

2         Based on the foregoing, it is HEREBY ORDERED that:

3    1.   Within **thirty (30) days** from the date of service of this order, Plaintiff shall show cause

4         why Defendants Borquez and Queredo should not be dismissed from this action; and

5    2.   **The failure to respond to this order or the failure to show cause will result in the**

6         **dismissal of any unidentified defendant from this action, <u>or dismissal of the entire</u>**

7         **<u>action</u>, due to Plaintiff's failure to serve process pursuant to Federal Rule of Civil**

8         **Procedure 4(m).**

9

10   IT IS SO ORDERED.

11       Dated:   **June 1, 2023**                    /s/ *Barbara A. McAuliffe*

12                                              UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3